| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | CAMIL A. SKIPPER |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2709 |
|   | Facsimile: (916) 448-2900 |

FILED

AUG 16 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:  )  S.W. NO. 2:11-SW-344 EFB
                                 )
3033 DUSTY COURT                 )  ORDER RE: REQUEST TO SEAL
STOCKTON, CA 95209               )  DOCUMENTS
                                 )

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, complaint, and arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: August 16, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1        Order Re: Request to Seal Documents