BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709
Facsimile: (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**

AUG 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>3033 DUSTY COURT<br>STOCKTON, CA 95209 | CASE NO. 2:11-SW-00344-EFB<br><br>ORDER CONCERNING GOVERNMENT'S EX PARTE MOTION TO UNSEAL SEARCH WARRANT, APPLICATION FOR SEARCH WARRANT, AND ACCOMPANYING AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, and accompanying affidavits underlying the search warrant in the above-captioned proceeding be and are hereby UNSEALED.

Date: 8/17/11

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1   Order Concerning Government's Ex Parte Motion to Unseal Search Warrant, Application for Search Warrant, and Accompanying Affidavit [*In the Matter of the Search of: 3033 Dusty Ct., Stockton, CA 95209*, 2:11-SW-344-EFB]